IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALIM HAJIANI,

   Plaintiff,

    v.

MINES ENTERPRISE LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-450-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Amended Complaint filed after the Report and Recommendation fails to comply with the Order of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 12 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Hajiani\17cv450\r&r.wpd